# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Paul Catlin ) | CASE NO. 15 cv 6258 |
|     Plaintiff ) | |
| ) | JUDGE: Hon. David G. Larimer |
|     vs. ) | |
| ) | MAGISTRATE JUDGE: |
| Viking Client Services, Inc. ) |     Hon. Jonathan W Feldman |
|     and ) | |
| Trans Union Consumer Services, LLC ) | |
|     Defendants ) | |
| _____ ) | |

## PROPOSED DISCOVERY PLAN

After conferring as directed by FRCP 26(f), we submit the following Proposed Discovery Plan:

1. The parties do not unanimously consent to Magistrate Judge jurisdiction for disposition of this case.

2. All mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure, as well as any objections to the mandatory disclosure requirements shall be completed on or before **August 7, 2015**.

3. All motions to join other parties and to amend the pleadings shall be filed on or before **November 25, 2015.** Any third party action shall be commenced on or before **November 25, 2015.**

4. All fact discovery in this case, including depositions, shall be completed on or before **March 12, 2016**. All motions to compel discovery shall be filed at least thirty (30) days <u>prior</u> to the fact discovery cutoff.

5. Plaintiff shall identify any expert witnesses and provide reports in compliance with FRCP 26(a)(2) by **December 11, 2015**. Defendants shall identify any expert witnesses and provide reports in compliance with FRCP 26(a)(2) by **January 11, 2016**. Parties shall complete all discovery relating to experts, including depositions, by **March 12, 2016**.

6. Discovery shall be conducted in compliance with the rules set forth in Local Rule 26 (General Rules Governing Discovery), Local Rule 30 (oral depositions), FRCP 33 (interrogatories practice), FRCP 34 (document requests), and FRCP 36 (requests for admission). The parties will provide the Court with a Stipulated Protective Order, should the parties agree on the need for such a document.

7. Pursuant to Local Rule 30(f), the parties do not believe that this case is suitable for electronic discovery, but are amenable to the production of any electronically stored information in hard copy as an initial matter. Once the parties have had the opportunity to review such documents, they agree, if necessary, to confer regarding any additional exchange or production.

8. Because this case involves a pro se plaintiff, all discovery materials will be filed with the Court in accordance with Local Rule 5.2(f).

9. Dispositive motions, if any, shall be filed no later than **May 13, 2016**.

10. Responding papers are due by **June 13, 2016**.

11. Reply papers, if any, shall be filed by **June 27, 2016**.

12. This case has been automatically referred for the Alternative Dispute Resolution (ADR) Program. As such, the parties will participate in the ADR process as follows:
    a. No later than **August 24, 2015**, the parties shall confer and select a mediator, confirm the mediator's availability, ensure that the mediator does not have a conflict with any of the parties in the case, identify a date and time for the initial mediation session, and file a stipulation confirming their selection on the form provided by the Court.
    b. Any motions to opt out of the ADR process shall be filed by **August 10, 2015**.
    c. The initial mediation session shall be held no later than **October 27, 2015**.

13. Jury trial has been requested in this case. Currently, the parties estimate that the trial may take up to 3 days.

Dated: July 20, 2015

| | |
|---|---|
| /s/ *Jonathan Paul Catlin (w/ consent)* | /s/ *Arthur Sanders (w/ consent)* |
| Jonathan Paul Catlin | Arthur Sanders, Esq. |
| *Pro Se* Plaintiff | Email: asanders@arthursanderslaw.com |
| Email: myfriendstenthousand@gmail.com | 30 South Main Street |
| Post Office Box 621 | New City, New York 10956 |
| Naples, New York [14512] | 845-499-2990 |
| Cell: 208-627-3950 | Fax: 845-499-2992 |
| | *Attorney for* |
| | *Defendant Viking Client Services, Inc.* |
| | |
| | /s/ *William M. Huse* |
| | Robert J. Schuckit, Esq. |
| | William R. Brown, Esq. |
| | William M. Huse, Esq. |
| | Email: rshuckit@schuckitlaw.com |
| | wbrown@schuckitlaw.com |
| | whuse@schuckitlaw.com |
| | |
| | 4545 Northwestern Drive |
| | Zionville, Indiana 46077 |
| | 317-363-2400 |
| | Fax: 317-363-2257 |
| | *Attorneys for Defendant Trans Union, LLC* |