UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Jonathan Paul Catlin

       Plaintiff,

-vs-

Viking Client Services, Inc. and TransUnion Consumer Solutions

       Defendants.

---

**MEDIATION CERTIFICATION**

15 -CV- 6258

I hereby certify that:

☐ Case has settled prior to scheduling first session.

☐ Case has settled prior to session scheduled for _____.

☑ Mediation session was held on October 8, 2015.

 ☑ **Case has settled.** The parties have agreed that Defendant Viking Client Services, Inc. will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than November 10, 2015.

 ☐ **Case has not settled.** Mediation will continue on _____.
                   (specific date)

 ☐ **Case has not settled.** The parties may schedule another session at a later date.

 ☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: October 8, 2015        s/: William G. Bauer
                         Mediator

Additional Comments:
Defendant TransUnion settled with Plaintiff prior to commencement of the October 8, 2-15 mediation session.