UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------x
JONATHAN PAUL CATLIN,

        Plaintiff,      STIPULATION OF DISMISSAL

    -against-

VIKING CLIENT SERVICES, INC.      15 CV 6258
and TRANS UNION CONSUMER
SERVICES, LLC,

        Defendants.
----------------------------------x

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against VIKING CLIENT SERVICES, INC., with prejudice and without costs to any party.

| JONATHAN PAUL CATLIN | VIKING CLIENT SERVICES, INC. |
|---|---|
| *(signature)* | *(signature)* |
| JONATHAN PAUL CATLIN | ARTHUR SANDERS. ESQ. |
| P.O. BOX 313 | 30 South Main Street |
| Naples, ID 83847 | New City, NY 10956 |
| Attorney for plaintiff | Attorney for defendants |