UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK (ROCHESTER)

---

JONATHAN PAUL CATLIN,
    Plaintiff,

CASE NO. 6:15-cv-06258-DGL

vs.

VIKING CLIENT SERVICES, INC. and
TRANS UNION CONSUMER SOLUTIONS,
    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
### PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Jonathan Paul Catlin, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Jonathan Paul Catlin against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Jonathan Paul Catlin and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 11/30/15

*[signature]*
DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE